# UNITED STATE DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN P. HAINES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FIDELITY NATIONAL TITLE OF FLORIDA, INC.,<br><br>*Defendant.* | Case No. _____<br><br>Circuit Court, 6th Judicial Circuit in and for Pinellas County<br>Case No. 19-007322-CI<br><br>**DECLARATION IN SUPPORT OF REMOVAL**<br><br>(Diversity Jurisdiction – Class Action Fairness Act) |

## DECLARATION OF BARBARA MOTT HOWE IN SUPPORT OF DEFENDANT FIDELITY NATIONAL TITLE OF FLORIDA, INC.'S NOTICE OF REMOVAL

I, Barbara Mott Howe, pursuant to 28 U.S.C. § 1746, state as follows:

1. I make this declaration in connection with, and in support of, the Notice of Removal by Defendant Fidelity National Title of Florida, Inc., ("Fidelity").

2. I am over 21 years of age, and I make this Declaration on personal knowledge.

3. I am President of Fidelity, a position I have held since December 31, 2018. Previously, I was escrow administrator for Fidelity direct operations in Tampa for 18 years.

4. I have access to and am knowledgeable about the systems and business records for Fidelity, and make this affidavit based on my personal knowledge of the business records reviewed and my personal knowledge of the facts set forth in this Declaration.

5. It is my understanding that this Action is brought by Plaintiff on his own behalf and on behalf of a putative class comprised of:

   a. Buyers in a "AS IS" Residential Contract for Sale and Purchase form approved by the Florida Bar and Florida Association of Realtors;

   b. who selected the optional provision of that contract that indicates that the seller will pay specified closing costs during the four year period preceding the filing of the Complaint.

6. I worked with an experienced data analyst who supports our title insurance company to perform the research regarding the number of putative class members and the potential amount in controversy with regard to the proposed class in this Action.

7. We have identified 25,187 closings that potentially meet the parameters set out by Plaintiff in its class action complaint.

8. I have reviewed a limited number of closing files and have determined that there are closings as described in Plaintiff's complaint where the buyer is from out of the state and identified from this limited number that there is at least one class member. Specifically, at least one closing lists a buyer from Minnesota with a closing date of September 30, 2019. Internet searches reflect that the buyer still resides in Minnesota, and tax records show that the buyer claims a homestead exemption on that property showing that the buyer is a citizen of the state of Minnesota.

9. Based on my knowledge and experience in the industry and with Fidelity, the contract form approved by the Florida Bar and Florida Association of Realtors and incorporated into Plaintiff's definition of the proposed class is by far the most the common form used for real estate transactions involving the proposed class members.

10. Assuming Plaintiff and the other similarly situated Florida home buyers were indeed wrongfully charged $350, the proposed class could recover as much as $8,814,450.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December, 2019 in St. Petersburg, FL

_____
Barbara Mott Howe
President, Fidelity National Title of Florida, Inc.