UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE No.: 8:19-CV-02995-MSS-AEP

JOHN P. HAINES, individually and on behalf of all others similarly situated,

 *Plaintiff*,

vs.

FIDELITY NATIONAL TITLE OF FLORIDA, INC.,

 *Defendant*.

_____/

CLASS REPRESENTATION

**PLAINTIFF'S MOTION FOR PRELIMINARY RULE 16 CONFERENCE**

Plaintiff, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 16(a) and the Court's divisional instructions, requests that a preliminary pre-trial conference be scheduled to discuss the discovery plan and case management issues outlined in the parties' Case Management Report (Dkt. 14) filed January 22, 2020. In support thereof Plaintiff states as follows:

1. This case is a putative class action arising from closing fees which are alleged to have been improperly charged and collected by Defendant, a closing agent, from cash buyers involved in residential real estate transactions throughout the State of Florida. Plaintiff alleges that the members of the proposed class should only have been charged consistent with section 9(c)(i) of the uniform "AS IS" Residential Contract for Sale and Purchase form ("FARBAR Contract").

2. According to the Declaration of Barbara Mott Howe filed in support of Defendant's Notice of Removal, the size of the proposed class may include as many as 25,187 Class Members.

3. Plaintiff's discovery plan seeks production of a list of all 25,187 cash residential real estate sale transactions that have already been identified by Defendant that fit the definition of the proposed class ("Class List"). Plaintiff has requested a Class List that identifies every transaction, as well as relevant information about each transaction, such as the amount of every "Closing Services Fee" collected from each buyer that used a FARBAR Contract. Prior to class certification, Plaintiff will accept a Class List that does not identify the names of the class members, but which provides other information to identify the transaction ("De-Identified Class List"). The Class List or alternatively, a De-Identified Class List, sought by Plaintiff will identify the relevant details of every transaction, the total number of transactions at issue, and the total amount of damages alleged by Plaintiff. Plaintiff also seeks all Closing Statements and FARBAR Contracts for each transaction identified on the Class List

4. While Plaintiff believes that the theory of liability and corresponding discovery plan is narrowly focused, proportionate, and straightforward, Defendant objects to much of the discovery sought by Plaintiff on the grounds of undue burden and lack of probative value. Defendant further contends that the relevant FARBAR Contracts and Closing Statements cannot be produced due to privacy concerns.

5. The parties have proposed a case management plan with various pre-trial deadlines that Plaintiff believes can be met if the productions and disclosures Plaintiff seeks are timely produced without undue delay.

6. Plaintiff requests an early Rule 16(a)(2) conference so the Court may establish early and continuing control so that the case will not be protracted because of lack of

management. An early conference pursuant to Rule 16(a)(3) is also appropriate to discourage wasteful pretrial activities such as motions to compel discovery that Defendant has already asserted will be objected to and to address other discovery and pre-trial matters.

7.      **CONFERRAL CERTIFICATION**: Pursuant to Local Rule 3.01(g), Plaintiff certifies that the moving counsel has conferred opposing counsel and that Defendant does not oppose the relief sought in this motion.

**WHEREFORE**, Plaintiff respectfully request that the Court schedule a pre-trial conference under Rule 16 to discuss these issues and explore possible resolutions.

DATED: January 27, 2020                    Respectfully Submitted,


By:      */s/ Seth M. Lehrman*

Joshua H. Eggnatz, Esq. (FBN: 0067926)
E-mail: JEggnatz@JusticeEarned.com
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33328
Telephone: 954-889-3359
Facsimile: 954-889-5913

Seth M. Lehrman, Esq. (FBN: 132896)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Richard B. Feinberg, Esq. (FBN: 802808)
E-mail: ricfeinberg@hotmail.com
FLORIDA LEGACY LAW, LLC
600 Cleveland Street, Suite 313
Clearwater, FL 33755
Telephone: 727 231-6400

*Trial Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via CM/ECF this 27th day of January 2020, to the following on the service list:

**FIDELITY NATIONAL LAW GROUP**
Mary Ellen R. Himes, Esq.
Florida Bar No. 87763
Jeffrey N. Golant, Esq.
Florida Bar No. 077732
*Counsel for Defendant, Fidelity National*
*Title of Florida, Inc.*
200 West Cypress Creek Road, Suite 210
Fort Lauderdale, Florida 33309
Telephone No: (954) 414-2111
Facsimile No: (954) 414-2101
Email: maryellen.himes@fnf.com
Secondary: pleadingsfl@fnf.com